1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          | 2:18-MC-00149-MCE-AC

12              Plaintiff,

13       v.                            | STIPULATION AND ORDER EXTENDING TIME
                                       | FOR FILING A COMPLAINT FOR FORFEITURE
                                       | AND/OR TO OBTAIN AN INDICTMENT
14  GLOCK 17 PISTOL,                   | ALLEGING FORFEITURE
    TWO (2) GLOCK 17 MAGAZINES,
15  13 9MM LUGER ROUNDS,
    2012 PORSCHE CAYENNE, VIN:
16  WP1AA2A22CLA02881, CALIFORNIA
    LICENSE NUMBER: LIN888,
17
                Defendants.
18

19       It is hereby stipulated by and between the United States of America and potential claimant Xiu

20  Qin Lin ("Lin"), by and through their respective counsel, as follows:

21       1.     On or about July 8, 2018, claimant Lin filed a claim in the administrative forfeiture

22  proceedings with the U.S. Customs and Border Protection ("CBP") with respect to the defendant assets

23  listed above ("defendant assets"), which were seized on April 3, 2018.

24       2.     The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. §

25  983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

26  defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed

27  a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

28       3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                      1

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 1, 2018.

4.      By Stipulation and Order filed October 2, 2018, the parties stipulated to extend to January 2, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed January 3, 2019, the parties stipulated to extend to March 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

2

1  7.     Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment

3  alleging that the defendant assets are subject to forfeiture shall be extended to May 30, 2019.

4  Dated:   2/27/2019                          MCGREGOR W. SCOTT
                                              United States Attorney
5

6                                             /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
7                                             Assistant U.S. Attorney

8
   Dated:   2/27/2019                          /s/ Robert Saria
9                                             ROBERT SARIA
                                              Attorney for Xiu Qin Lin
10                                            (As authorized via email)

11

12         IT IS SO ORDERED.

13  Dated:  March 4, 2019

14

15                                            _____
                                              MORRISON C. ENGLAND, JR
16                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

3