PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00149-MCE-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| GLOCK 17 PISTOL, | |
| TWO (2) GLOCK 17 MAGAZINES, | |
| 13 9MM LUGER ROUNDS, and | |
| 2012 PORSCHE CAYENNE, VIN: WP1AA2A22CLA02881, CALIFORNIA LICENSE NUMBER: LIN888, | |
| Defendants. | |

   It is hereby stipulated by and between the United States of America and potential claimant Xiu Qin Lin ("Lin"), by and through their respective counsel, as follows:

   1.   On or about July 8, 2018, claimant Lin filed a claim in the administrative forfeiture proceedings with the U.S. Customs and Border Protection ("CBP") with respect to the defendant assets listed above ("defendant assets"), which were seized on April 3, 2018.

   2.   The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed

1

a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 1, 2018.

4. By Stipulation and Order filed October 2, 2018, the parties stipulated to extend to January 2, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed January 3, 2019, the parties stipulated to extend to March 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. By Stipulation and Order filed March 4, 2019, the parties stipulated to extend to May 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. By Stipulation and Order filed May 21, 2019, the parties stipulated to extend to August 28, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8. By Stipulation and Order filed September 11, 2019, the parties stipulated to extend to November 26, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9. By Stipulation and Order filed January 6, 2020, the parties stipulated to extend to January 24, 2020, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10. By Stipulation and Order filed February 5, 2020, the parties stipulated to extend to April 23, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11. By Stipulation and Order filed April 21, 2020, the parties stipulated to extend to July 22, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12. By Stipulation and Order filed July 16, 2020, the parties stipulated to extend to October 20, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13. By Stipulation and Order filed October 22, 2020, the parties stipulated to extend to January 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

14. By Stipulation and Order filed January 22, 2021, the parties stipulated to extend to April 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15. By Stipulation and Order filed April 28, 2021, the parties stipulated to extend to July 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

16. By Stipulation and Order filed August 4, 2021, the parties stipulated to extend to October 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

17. By Stipulation and Order filed October 26, 2021, the parties stipulated to extend to December 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

18. By Stipulation and Order filed December 21, 2021, the parties stipulated to extend to March 17, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

19. By Stipulation and Order filed March 16, 2022, the parties stipulated to extend to June 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

20. By Stipulation and Order filed June 30, 2022, the parties stipulated to extend to August 12, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

21. By Stipulation and Order filed August 16, 2022, the parties stipulated to extend to October 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

22. By Stipulation and Order filed October 7, 2022, the parties stipulated to extend to December 5, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

23. By Stipulation and Order filed December 6, 2022, the parties stipulated to extend to February 3, 2023, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

24.   By Stipulation and Order filed February 6, 2023, the parties stipulated to extend to April 3, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

25.   By Stipulation and Order filed April 4, 2023, the parties stipulated to extend to June 2, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

26.   By Stipulation and Order filed June 7, 2023, the parties stipulated to extend to August 31, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

27.   By Stipulation and Order filed August 30, 2023, the parties stipulated to extend to October 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

28.   By Stipulation and Order filed November 1, 2023, the parties stipulated to extend to November 29, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

29.   By Stipulation and Order filed December 1, 2023, the parties stipulated to extend to December 29, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

30.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 29, 2024, the time in which the United States is required to file a civil complaint for

5

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

31. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended January 29, 2024.

Dated: 12/21/2023          PHILLIP A. TALBERT
                                         United States Attorney

                                          /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney

Dated: 12/21/2023           /s/ Robert Saria
                                         ROBERT SARIA
                                         Attorney for Xiu Qin Lin
                                         (As authorized via email)

IT IS SO ORDERED.

Dated: December 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE